HHN

RECEIVED
9-3-2008 LCN
SEP 0 3 2008
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Irineo Barbosa R45182

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV5012
JUDGE PALLMEYER
MAG.JUDGE KEYS**

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

Terry McCann

Jimmy Dominguez

Vanita Wright

Ed Butkiewicz

Tammy Garcia

Melody J. Ford

parties continued on page 2

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

X       **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        U.S. Code (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
        28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

List of defendants continued

Lieutenant Burzinski

Lieutenant Vaughn

I.  **Plaintiff(s):**

A.  Name: Irineo Barbosa

B.  List all aliases: None

C.  Prisoner identification number: R45182

D.  Place of present confinement: Stateville Correctional Center

E.  Address: P.O. Box 112, Joliet, Il. 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Terry McCann

Title: Warden

Place of Employment: Stateville C.C.

B.  Defendant: Jimmy Dominguez

Title: None

Place of Employment: unknown

C.  Defendant: Vanita Wright

Title: Major

Place of Employment: Stateville C.C.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

D.    Defendant: Ed Butkiewicz

      Title: Counselor

      Place of Employment: Stateville C.C.

E.    Defendant: Tammy Garcia

      Title: Grievance officer

      Place of Employment: Stateville C.C.

F.    Defendant: Melody J. Ford

      Title: Administrative Review Board Chair Person

      Place of Employment: P.O. Box 19277, Springfield, Il. 62794

G.    Defendant: Lieutenant Burzinski

      Title: Lieutenant

      Place of Employment: Stateville C.C.

H.    Defendant: Lieutenant Vaughn

      Title: Lieutenant

      Place of Employment: Stateville C.C.

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ___N/A___

B. Approximate date of filing lawsuit: ___N/A___

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ___N/A___

D. List all defendants: ___N/A___

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___N/A___

F. Name of judge to whom case was assigned: ___N/A___

G. Basic claim made: ___N/A___

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___N/A___

I. Approximate date of disposition: ___N/A___

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 2, 2007, plaintiff was placed in punitive segregation in F-house at Stateville Correctional Center. Plaintiff remained there under segregation status until November 2, 2007. During plaintiff's stay in F-house he endured the following: Plaintiff received one dirty, torn sheet and a state blanket which shed and got all over plaintiff's clothes and in his eyes and throat and made it hard for plaintiff to see and made caugh. Plaintiff did not receive any cleaning supplies while he was in F-house besides two very small bars of soap almost every week. Plaintiff was placed in a cell where everything was dirty. The mattress was so dirty it was black and it had lumps all over it. This caused my back to hurt. Plaintiff never received a pillow the entire time he was in F-house. This caused plaintiff's neck and head to hurt. There was no stool in the cell (#239) plaintiff was in while he was in segregation. All the toilets in F-house flush once every 15 minutes. Plaintiff received one ten minute shower per week in a shower that had extremely low water pressure which made it hard for him to wash the soap off

Revised 9/2007

of himself and during the duration of September-November 2007 plaintiff had to shower in the cold because there was nothing placed over the broken windows and also had to shower while roaches walked around plaintiff. This is because the showers were hardly if ever cleaned the right way: with disenfect, etc. Plaintiff never received a hot or warm tray. Every day the trays were left on the chokehole for at least an hour sometimes more then two. Eating these cold meals gave plaintiff a stomach ache. And caused plaintiff to deficate every two days. Plaintiff did not obtain an 8 hour rest every night because the cell house is infested with roaches. These roaches would crawl on plaintiff while he was resting and cause him to wake up. the law library service in F-house is inadequate. The paralegal and law clerks are suppose to make rounds once a week. According to their own rule. They did not tour for 9 weeks while plaintiff was in F-house. The only service they provide is as follows: they allow all prisoners to order three cases per week and shepardize five case cites per week, they copy legal documents and they say they will do research for all prisoners. It takes a week or more to receive any of the above services. The risk of missing a deadline is obvious. A week is enough time for a prisoner/law clerk to familiarize himself with plaintiff's legal documents in order to become a state witness against plaintiff. Plaintiff was

Revised 9/2007

unable to learn the law during his stay in F-house and because of
this he had to have someone else file his Post-Conviction Petition
for him. And on June 10, 2008, plaintiff's P-C Petition was
dismissed by the Honorable Judge William Lacy of the Cook County
Circuit Court, Illinois as being frivalous and patently without
merit. There is nowhere to put your clothes and shower gear when
in the F-house showers. Plaintiff was placed in a 4x9 cell with
another prisoner. Plaintiff was given one recreation day per week.
This was the only movement besides medical reasons or visits.
Plaintiff did not have a ladder to get on the top bunk with. Pla-
intiff had to use the toilet and sink to get up there. There is
only one hook in the wall in the cells in F-house. So only one
towel could be hung to dry. If a towel is hung on the bed rail
any staff member could have written plaintiff and his cellee a
disciplinary ticket for "obsrtuction of surveillance". So plaintiff's
towel would become dirty from the dampness of the water. There were
no razors passed out in F-house although they were suppose to be
passed out once a week. Plaintiff received no more than one
haircut per month in F-house--sometimes not even that. Plaintiff
broke out with red bumps all over his body in F-house because the
cell house is not properly sanitized. Breakfast was and is served
at 2am or 2:30am in F-house. Plaintiff often endured heartburn
because of this and pain in his esophegis. There are mice in
F-house which eat pieces of plaintiff's property due to the fact
that all property in F-house must be kept underneath the bed.

If plaintiff or any prisoner in F-house has any medical issue
he has to wait until the Med-Tech makes rounds in the morning,
Monday-Friday, only. Then wait another two days to get diagnosed
by a Med-Tech in order to see a Doctor. Med-Techs are not suppose
to make a diagnosis--only Doctors are. Defendants Wardens Terry
McCann, Jimmy Dominguez, and Vanita Wright, Counselor Ed Butkiewicz,
Grievance officer Tammy Garcia, ARB Chairperson Melody J. Ford,
Lt. Burzinski (7-3 shift), and Lt. Vaughn (3-11 shift) subjected
plaintiff to the cruel and unusual living conditions described
in this complaint as they knew about the conditions from the
numerous grievances they receive and deny and by both named
Lieutenants having been the F-house supervisors. All named
defendants knew about the conditions and facilitated it, approved
it, condoned it, and turned a blind eye. Thereby acting knowingly
and with deliberate, reckless indifference. The defendants also
violated plaintiff's right to equal access of law. The defendants
also denied plaintiff his right to meaningful access to the courts
as plaintiff's Post-Conviction Petition was denied because plaintiff
was not able to learn the law while in F-house because the defendants
do not provide prisoners housed there with meaningful access to
the prison law library.

V.    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A. Reasonable and appropriate compensatory damages arising from

the wrongful conduct of all defendants; B. punitive damages

from these defendants in amount to be ascertained at trial; C.

cost, expenses, and reasonable attorney fees; and D. such other

relief as this Court deems necessary and proper.

VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_Irineo Barbosa_

(Signature of plaintiff or plaintiffs)

Irineo Barbosa

(Print name)

R45182

(I.D. Number)

Stateville C.C. P.O. Box 112

(Address)

Revised 9/2007

| Date: 11-1-07 | Committed Person: (Please Print) TINEO Barbosa | ID#: R45182 |
|---|---|---|

Present Facility: Stateville
Facility where grievance issue occurred: Stateville   5/2 - 11/2

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify) LIVING CONDITIONS

- [ ] Disciplinary Report: ___/___/___
Date of Report   Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: ON 5-2-07 GRIEVANT WAS PUT IN STATEVILLE SEG FOR A BOGUS DRUGTEST DURING GRIEVANT'S STAY IN SEG HE ENDURED THE FOLLOWING CRUEL + UNUSUAL LIVING CONDITIONS. GRIEVANT RECEIVED ONE DIRTY WORN SHEET + A STATE BLANKET WHICH SHEDS SO MUCH LINT ALL OVER GRIEVANT'S CLOTHES + IN HIS EYES + THROAT + MADE IT HARD FOR GRIEVANT TO SEE + MADE GRIEVANT COUGH. GRIEVANT DID NOT RECEIVE ANYTHING ELSE BUT THE ABOVE NO STATE SOAP, OR ANY WITH THE EXCEPTION OF TOILET TISSUE. GRIEVANT WAS PLACED IN A CELL WHERE EVERYTHING WAS DIRTY CEILING WALLS, TOILET, HAD A BEDFRAME, DOOR TO CELL HAS ➔

Relief Requested: GRIEVANT REQUEST THAT HE RECEIVE TWO BRAND NEW SHEETS + A BRAND NEW PILLOW CASE UPON ARRIVAL IN E-HOUSE; GRIEVANT REQUEST THAT HE ➔

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Committed Person's Signature   R45182   11-1-07
ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 11-8-07
- [x] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Let the grievance officer to handle; is will be moved when there is bed space. The Law Library is very hard to give you legal material.

E.A.T.kreuser   E.A.T.B.   11-8-07
Print Counselor's Name   Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: 2-14-07   Is this determined to be of an emergency nature?
- [ ] Yes: expedite emergency grievance
- [ ] No: an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer   ___/___/___
Date

**RECEIVED**   **RECEIVED**
APR 25 2008   DEC 10 2007
OFFICE OF   OFFICE OF
INMATE ISSUES   INMATE ISSUES

Distribution: Master File; Committed Person   Page 1   DOC 0046 (Eff.10/2001) (Replaces DC 5657)



was so filthy it was that the mattress was full of mildew which caused an inmate rash to Aisha. Grievant did not receive a pillow which caused his neck & head to hurt. Grievant was not provided with any body pad, disinfectant and supplies to clean the cell with. There was no stool in cell. Grievant was in cell 2:341? The toilet would only flush every 15 minutes because one flush every 15 minutes is cruel & unusual as well. Grievant received one ten minute shower per week in a shower that had extremely low water pressure which makes it hard for Grievant to wash the soap off of himself & during the duration of all September till November of 2007 had to shower in the cold because there was nothing during on this broken windows & also had to shower with roaches walking around. Grievant flushed because they are hardly if ever cleaned the right way with disinfectant. The Grievant never received a hot or warm tray while on Seg everyday the trays were left on the chuckhole for at least an hour sometimes more, then two. Eating these cold meals gave Grievant a stomach ache & caused him to lose his weight. Officers, every two days Grievant was only able to obtain 4 hours rest each day that he was in Seg. This is because the cellhouse is infested with roaches. These roaches would crawl on Grievant while he was resting & cause him to arise from his rest. Grievant would have to turn on the light & stay up all night. The law library service in Stateville C.C. that is provided to prisoners under Seg status is inadequate. The paralegal & law clerks are suppose to, according to Stateville's rule, tour F-House once a week & Grievant has not seen a legal aide in 4 weeks. The only service they provide is this. They allow you three cases on a specialized case, copy & they say they will do research for you. It takes a week to receive any of the above services. The risk of missing a deadline, etc., is obvious. Here, a week is enough time for a prisoner/lawyer to familiarize himself with Grievant's legal documents in order to become a state witness for Grievant, and, do to the fact that a part.

RECEIVED

APR 2 5 2008

OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS
RESPONSE TO COMMITTED PERSON'S GRIEVANCE

## Grievance Officer's Report

Date Received: November 27, 2007    Date of Review: November 27, 2007    Grievance # (optional) 1488

ID#: R45182

Committed Person: Iiineo Barbosa

Nature of Grievance: Cell Conditions

**Facts Reviewed:** Grievant alleges his stay in seg was cruel & unusual living conditions. He states it was filthy, roach infested, and the sheets he received were dirty & torn. Inadequate paralegal service.

**Counselor Response:** Sent to grievance office to handle. You will be moved when there is bed space. The Law Library is work hard to give you legal material.

This Grievance Officer reviewed grievance and finds pertaining to cell conditions grievant may request cleaning supplies. Pertaining to the Law Library, paralegals & law clerks make rounds in F- House weekly.

**Recommendation:** Grievance resolved.

Tammy Garcia    Print Grievance Officer's Name      Grievance Officer's Signature

(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

## Chief Administrative Officer's Response

Date Received: 11-29-09    ☒ I concur    ☐ I do not concur    ☐ Remand

Comments:

Chief Administrative Officer's Signature      11-29-07 Date

## Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature      ID#      Date

RECEIVED
APR 25 2008
OFFICE OF
INMATE ISSUES

RECEIVED
DEC 10 2007
OFFICE
INMATE ISSUES

Distribution: Master File, Committed Person    Page 1      DOC 0047 (Eff. 10/2001)
(Replaces DC 1657)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Correctional Center**
**Return of Grievance or Correspondence**

Offender: _Barbosa_   _Hince_   MI   _R45182_
Last Name   First Name   ID#

_STA_

Facility: _____

☒ Grievance (Local Grievance # (If applicable): _____ )  or  ☐ Correspondence
Received: _12/10/07_   Regarding: _STA Conditions_
Date

The attached grievance or correspondence is being returned for the following reasons:   _5/2 - 11/2_

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:   Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____/_____/_____.
Date

☐ No justification provided for additional consideration.

Other (specify): ~~RECEIVED~~ _____

Completed by: Melody J. Ford   ~~APR 25 2008~~   _Melody J. Ford_   _2/23/08_
Print Name   ~~OFFICE OF INMATE ISSUES~~   Signature   Date

Distribution:   Offender; Inmate Issues

DOC 0070 (10/2001)
(Replaces DC 710-1274)

*E909*

ILLINOIS DEPARTMENT OF CORRECTIONS

**Correctional Center**
**Return of Grievance or Correspondence**

Offender: *Barbosa Staneo*                    *R 45182*

Last Name                    First Name        MI        ID#

Facility: *SXA*

☑ Grievance (Local Grievance # if applicable): _____ or ☐ Correspondence

Received: *4/25/08*                    Regarding: *cell Conditions*

Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable).

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL  62794-9277

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the Inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL  62706

**No further redress:**

☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☑ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____/_____/_____.
Date

☐ No justification provided for additional consideration.

**Other (specify):** *CAO Signed 11/29/07*

Completed by: Melody J. Ford                    *Melody J. Ford*

Print Name                    Signature                    Date

Distribution: Offender; Inmate Issues                    DOC 0070 (10/2001)
(Replaces DC 710-1274)

FROM: INMATE DARNELL # 24012

(GRIEVANCE) LIVING CONDITIONS                    PAGE 1

ON 5-2-07 GRIEVANT WAS PUT IN STATEVILLE SEG
FOR A BOGUS DISOBEYST, DURING GRIEVANT'S STAY IN SEG
HE ENDURED THE FOLLOWING CRUEL AND UNUSUAL LIVING CONDITIONS,
GRIEVANT RECEIVED ONE DIRTY TORN SHEET AND A STATE
BLANKET WHICH SHEDS AND GOT ALL OVER GRIEVANT'S
CLOTHES AND IN HIS EYES AND THROAT AND MADE IT HARD
FOR GRIEVANT TO SEE AND MADE GRIEVANT COUGH.
GRIEVANT DID NOT RECEIVE ANYTHING ELSE BUT THE
ABOVE NO STATE (SOAP) ETC, WITH THE EXCEPTION
OF TOILET TISSUE. GRIEVANT WAS PLACED IN A
CELL WERE EVERYTHING WAS DIRTY CEILING, WALLS,
TOILET, TABLE, BEDFRAME, DOOR TO CELL THE MATTRESS
WAS SO FILTHY IT WAS BLACK THE MATTRESS WAS
FULL OF LUMPS WHICH CAUSED GRIEVANT'S BACK TO HURT,
GRIEVANT DID NOT RECEIVE A PILLOW WHICH CAUSED HIS
NECK AND HEAD TO HURT, GRIEVANT WAS NOT PROVIDED
WITH ANY BRILLO PAD, DISENFECT, OR ANY SUPPLIES
PERIOD TO CLEAN THE CELL WITH, THERE WAS
NO STOOL IN CELL GRIEVANT WAS IN (CELL 234)
THE TOILET WOULD ONLY FLUSH EVERY 15 MINUTES
BECAUSE ONE FLUSH EVERY 15 MINUTES IS
CRUEL AND UNUSUAL AS WELL. GRIEVANT RECEIVED
ONE TEN MINUTE SHOWER PER WEEK IN A
SHOWER THAT HAD EXTREMELY LOW WATER
PRESSUCRE WHICH MAKES IT HARD FOR *

RECEIVED
DEC 10 2007
OFFICE OF
INMATE ISSUES

RECEIVED
APR 25 2008
OFFICE OF
INMATE ISSUES

GRIEVANCE                                                    PAGE 2

RULE,TOUR F-HOUSE ONCE A WEEK.
GRIEVANT HAS NOT SEEN THEM TOUR IN
9 WEEKS, THE ONLY SERVICE THEY PROVIDE
IS THIS; THEY ALLOW YOU THREE CASES,
FIVE SHEPERDIZED CASE CITES, COPYS AND
THEY SAY THEY WILL DO RESEARCH FOR
YOU, IT TAKES A WEEK TO RECEIVE ANY
OF THE ABOVE SERVICES THE RISK OF
MISS, NO A DEADINE, ETC, IS OBVIOUS HERE.
A WEEK IS ENOUGH TIME FOR A PRISONER/
LAWYERS, TO FAMALIARIZE HIMSELF WITH
GRIEVANTS LEGAL DOCUMENTS IN ORDER
TO BECOME A STATE WITNESS AGAINST
GRIEVANT, AND DO TO THE FACT THAT HARDLY
IF EVER LIKE STATED ABOVE GRIEVANT WAS
NOT ABLE TO LEARN THE LAW WHILE HIS
DIRECT APPEAL WAS PENDING SO THAT HE
COULD BE READY TO FILE HIS POST CONVICTION
PAPER WORK. THERE IS ALSO NOWHERE TO
PUT YOUR CLOTHES AND SHOWER GEAR WHEN
IN THE SHOWER. GRIEVANT WAS PLACED
IN A CELL WITH ANOTHER PRISONER THIS CELL
DID NOT MEET THE 50 SQUARE FEET PER
PRISONER RULE. GRIEVANT WAS GIVEN ONE
RECREATION DAY THIS IS THE ONLY MOVEMENT

**RECEIVED**

DEC 10 2007

OFFICE OF
INMATE ISSUES

**RECEIVED**

APR 25 2008

OFFICE OF
INMATE ISSUES

GRIEVANCE                                          PAGE 3

THAT ALL PROPERTY IN F-HOUSE MUST BE
KEPT UNDERNEATH THE BED. IF GRIEVANT
HAS ANY MEDICAL ISSUE WHILE IN F-HOUSE
HE HAS TO WAIT UNTIL THE MEDTECH
MAKES ROUNDS IN THE MORNING MONDAY-
FRIDAY ON. THEN WAIT ANOTHER TWO
DAYS TO SEE A DOCTOR OR GET DIAGNOSED
BY A MEDTECH IN ORDER TO SEE A
DOCTOR. THESE MEDTECH'S ARE NOT
SUPPOSE TO MAKE A DIAGNOSIS-ONLY
DOCTORS ARE E.C.I.S.I. WAS RELEASED
FROM SEG. ON 11-2-07

RECEIVED

DEC 10 2007

OFFICE OF
INMATE ISSUES

RECEIVED

APR 25 2008

OFFICE OF
INMATE ISSUES

FROM: INMATE BARBASA #R46182

RELIEF REQUESTED                                        PAGE I

GRIEVANT REQUEST THAT HE RECEIVE TWO BRAND
NEW SHEETS AND A BRAND NEW PILLOW CASE UPON
ARRIVAL IN F-HOUSE; GRIEVANT REQUEST THAT HE
RECEIVE A BLANKET THAT IS MADE OF COTTON;
GRIEVANT REQUEST THAT HE RECEIVE A
NEW OR CLEAN/SANITIZED MATTRESS WITH
NO LUMPS OR TEARS IN IT; GRIEVANT REQUEST
THAT HE RECEIVE A PILLOW IN THE SAME
CONDITION AS THE MATTRESS; GRIEVANT
REQUEST THAT ALL THE CELLS IN F-HOUSE
HAVE PAINT CHIPPED FROM THE WALLS AND
THEN THAT THE ENTIRE CELL BE POWER
WASHED AND THEN REPAINTED; GRIEVANT
REQUEST THAT S.O.S. BRILLO PADS BE
PASSED OUT ONCE A WEEK IN F-HOUSE
SO THAT PRISONERS CAN CLEAN THE
INSIDE AND OUTSIDE OF THEIR TOILETS;
GRIEVANT REQUEST THAT DISENFECT AND
COMET BE PASSED OUT EVERDAY IN F-HOUSE
OR THAT PRISONERS BE GIVEN A WEEKS
SUPPLIE WORTH ONCE A WEEK; GRIEVANT
REQUEST THAT ALL CELLS IN F-HOUSE
HAVE STOOLS INSTALLED IN THEM;
GRIEVANT REQUEST THAT ALL TOILETS
IN F-HOUSE HAVE THE 15 MI FLUSHER

RECEIVED
DEC 10 2007
OFFICE OF
INMATE ISSUES

RECEIVED
APR 25 2008
OFFICE OF
INMATE ISSUES

RELIEF REQUESTED                                          PAGE 2.

INSTALLED IN EVERY CELL IN F-HOUSE SO
THAT HE CAN HANG HIS WASH CLOTH AND DRY
TOWEL AND HIS CELLMATE CAN DO THE SAME;
GRIEVANT REQUEST THAT HE BE PROVIDED
A RAZOR ON SUNDAYS, TUESDAYS AND THURSDAYS
IN F-HOUSE SO THAT HE CAN LOOK PRESENTABLE
FOR VISITS AND BE GROOMED PERIOD; GRIEVANT
REQUEST THAT HE BE ALLOWED ACCESS TO
BARBER FACILATIES ONCE A WEEK IN F-HOUSE
FOR THE SAME REASON'S HE REQUEST
HIS RAZORS; GRIEVANT REQUEST THAT
HE RECEIVE BREAKFAST NO EARLIER
THAN 6AM IN F-HOUSE; GRIEVANT REQUEST
THAT HE BE ALLOWED TO SEE A DOCTOR AS
SOON AS A MEDICAL ISSUE ARISES
WHILE IN F-HOUSE; GRIEVANT REQUEST
THAT WHILE PRISONERS ARE IN SEG OR
NOW IN F-HOUSE THAT THEY GET TWO MORE
REC DAYS (EACH CONSISTING OF 2½ HOURS)
DO TO THE FACT THAT THERE ARE NO
PROGRAMS FOR PEOPLE IN SEG OR F-HOUSE
FOR THAT MATTER. AT ALL AND
BESIDES GOING TO VISITS AND MEDICAL CALLS
THERE IS NO MOVEMENT AT ALL CAUSING
PEOPLE TO SNAP OUT AND START THERE

RECEIVED
DEC 10 2007
OFFICE OF
INMATE ISSUES

RECEIVED
APR 25 2008
OFFICE OF
INMATE ISSUES

GRIEVANTS

MY COPOY living CONDiTiONS pAGE 1

ON 5-2-07 GRiEVANT WAS puT iN STATEViLLE SEG
FOR A BOGUS DRUGTEST, DURING GRiEVANT'S STAY iN SEG
HE ENDURED THE FOLLOWING CRUEL & UNUSUAl liViNG CONDiTIONS.
GRiEVANT RECEiVED ONE DiRTY TORN SHEET & A STATE
BLANKET WHiCH SHEDS & GOT ALL OVER GRiEVANTS
CLOTHES & iN HiS EYES & THROAT & MADE iT HARD
FOR GRiEVANT TO SEE & MADE GRiEVANT CAUGH.
GRiEVANT DiD NOT RECEiVE ANYTHING ELSE BUT THE
ABOVE NO STATE SOAP, ETC, WiTH THE EXCEPTiON
OF TOiLET TiSSUE. GRiEVANT WAS PLACED iN A
CELL WERE EVERYTHING WAS DiRTY CEiLiNG, WALLS,
TOiLET, TABLE, BEDFRAME, DOOR TO CELL THE MATTRESS
WAS SO FiLTHY iT WAS BLACK THE MATTRESS WAS
FULL OF LUMPS WHiCH CAUSED GRiEVANTS BACK TO HURT.
GRiEVANT DiD NOT RECEiVE A PiLLOW WHiCH CAUSED HiS
NECK & HEAD TO HURT. GRiEVANT WAS NOT PROVIDED
WiTH ANY BRiLLO PAD, DiSENFECT, OR ANY SUPPLiES
PERiOD TO CLEAN THE CELL WiTH. THERE WAS
NO STOOL iN CELL GRiEVANT WAS iN (CELL 239)
THE TOiLET WOULD ONLY FLUSH EVERY 15 MiNUTES
BECAUSE ONE FLUSH EVERY 15 MiNUTES iS
CRUEL & UNUSUAL AS WELL. GRiEVANT RECEiVED
ONE TEN MiNUTE SHOWER PER WEEK iN A
SHOWER THAT HAD EXTREMELY LOW WATER
PRESSUCRE WHiCH MAKES iT HARD FOR →

GRIEVANT to WASH HIS SOAP OFF OF HIMSELF &
DURING THE DURATION OF ALL SEPTEMBER & OCTOBER
till NOVEMBER OF 2007 HAD to SHOWER iN
THE COLD BECOUSE THERE WAS NOTHING PLACED
OVER THE BROKEN WINDOWS & ALSO HAD to SHOWER
WELL ROACHES WALKED AROUND GRIEVANT BECOUSE
THEY ARE HARDLY iF EVER CLEANED THE RIGHT
WAY WITH DISENFECT, ETC. GRIEVANT NEVER
RECEIVED A HOT OR WARM TRAY WHILE iN SEG
EVEYDAY THE TRAYS WERE LEFT ON THE CHOWHOLE
FOR AT LEAST AN HOUR, SOMETIMES MORE THEN TWO.
EATING THESE COLD MEALS GAVE GRIEVANT A STOMACH
ACHE & CAUSED HIM to USE THE WASHROOM, DEFICATE,
EVERY TWO DAYS. GRIEVANT WAS ONLY ABLE to OBTAIN
4 HOURS REST EACH DAY THAT HE WAS iN SEG,
THIS iS BECOUSE THE CELL HOUSE iS INFESTED
WITH ROACHES THESE ROACHES WOULD CRAWL
ON GRIEVANT WHILE HE WAS RESTING & CAUSE
HIM to ARISE FROM HIS REST. GRIEVANT
WOULD HAVE to TURN ON THE LIGHT & STAY UP
ALL NIGHT, THE LAW LIBRARY SERVICE iN
STATEVILLE C.C. THAT iS PROVIDED to
PRISONERS UNDER SEG STATUS iS
INADEQUATE, THE PARALEGAL & LAW CLERKS
ARE SUPPOSE TO, ACCORDING to STATEVILLE'S

My copy page 2

RULE, TOUR F-HOUSE ONCE A WEEK.
GRIEVANT HAS NOT SEEN THEM TOURE IN
9 WEEKS, THE ONLY SERVICE THEY PROVIDE
IS THIS: THEY ALLOW YOU THREE CASES,
FIVE SHEPERDIZED CASE CITES, COPYS &
THEY SAY THEY WILL DO RESEARCH FOR
YOU. IT TAKES A WEEK TO RECEIVE ANY
OF THE ABOVE SERVICES THE RISK OF
MISSING A DEADLINE, ETC, IS OBVIOUS HERE.
A WEEK IS ENOUGH TIME FOR A PRISONER/
LAWCLERK TO FAMALIARIZE HIMSELF WITH
GRIEVANT'S LEGAL DOCOMENTS IN ORDER
TO BECOME A STATE WITNESS AGAINST
GRIEVANT. & DO TO THE FACT THAT HARDLY
IF EVER LIKE STATED ABOVE GRIEVANT WAS
NOT ABLE TO LEARN THE LAW WHILE HIS
DIRECT APPEAL WAS PENDING SO THAT HE
COULD BE READY TO FILE HIS POST-CONVICTION
PAPER WORK. THERE IS ALSO NOWHERE TO
PUT YOUR CLOTHES & SHOWER GEAR WHEN
IN THE SHOWER. GRIEVANT WAS PLACED
IN A CELL WITH ANOTHER PRISONER THIS CELL
DID NOT MEET THE 50 SQUARE FEET PER
PRISONER RULE. GRIEVANT WAS GIVEN ONE
RECREATION DAY THIS IS THE ONLY MOVEMENT

BESIDES MEDICAL REASONS OR VISITS.
GRIEVANT DID NOT HAVE A LADDER TO
GET ON THE TOP BUNK WITH BUT INSTEAD
HAD TO USE THE TOILET & SINK TO GET ON THE
TOP BUNK. IN F-HOUSE THERE IS ONLY ONE
HOOK IN THE WALL IN THE CELLS IN F-HOUSE
SO ONLY ONE TOWEL CAN BE HUNG TO DRY
IF YOU HANG A TOWEL ON THE BED RAIL
ANY STAFF MEMBER CAN WRITE YOU A
TICKET FOR OBSTRUCTING SURVEILLANCE
SO YOUR TOWEL(S) & YOUR CELLMATE'S TOWEL
BEGIN TO BECOME DIRTY FROM THE DAMPNESS
OF THE WATER. THERE ARE NO RAZORS
PASSED OUT, RAZORS ARE SUPPOST TO BE
PASSED OUT ONCE A WEEK ON SATURDAYS.
PRISONERS IN F-HOUSE MIGHT RECEIVE A
HAIRCUT ONCE A MONTH, MAYBE. GRIEVANT
ALWAYS BREAKS OUT WITH RED BUMPS ALL
OVER HIS BODY. WELL IN F-HOUSE BECAUSE
F-HOUSE IS NOT PROPERLY SANITIZED.
BREAKFAST IS SERVED IN F-HOUSE AT
2AM OR 2:30AM, THE DAMAGE TO GRIEVANT'S
ESOPHAGIS HERE IS OBVIOUS. THERE ARE
MICE IN F-HOUSE WHICH WILL EAT PIECES
OF GRIEVANT'S PROPERTY DUE TO THE FACT

My copy page  3

THAT All PROPERTY iN F-HOUSE MUST BE
hept UNDERNEATH AHE BED. iF GRIEVANT
HAS ANY MEDICAl issue while iN F-HOUSE
HE HAS to wAit uNTil THE MEDTECH
MAHES ROUNDS iN tHE MORNING MONDAY-
FRIDAY ONlY. THEN WAiT ANOTHER two
DAYS to SEE A DOCTOR OR GEt DIAGNOSED
By A MED TECH iN ORDER to SEE A
DOCTOR. THESE MED TECH'S ARE NOt
SUPPOSt to MAHE A DIAGNOSIS · ONlY.
DOCTORS ARE EO. G. I WAS RElEASED
FROM SEG . ON 11·2·07

My COPEY; RELIEF REQUESTED I
GRIEVANT request that he receive two BRAND
NEW SHEETS & A BRAND NEW PILLOW CASE UPON
ARRIVAL IN F-HOUSE; GRIEVANT REQUEST THAT HE
RECEIVE A BLANKET THAT IS MADE OF COTTON;
GRIEVANT REQUEST THAT HE RECEIVE A
NEW OR CLEAN/SANITIZED MATTRESS WITH
NO LUMPS OR TEARS IN IT; GRIEVANT REQUEST
THAT HE RECEIVE A PILLOW IN THE SAME
CONDITION AS THE MATTRESS; GRIEVANT
REQUEST THAT ALL THE CELLS IN F-HOUSE
HAVE PAINT CHIPPED FROM THE WALLS &
THEN THAT THE ENTIRE CELL BE POWER
WASHED & THEN REPAINTED; GRIEVANT
REQUEST THAT S.O.S. BRILLO PADS BE
PASSED OUT ONCE A WEEK IN F-HOUSE
SO THAT PRISONERS CAN CLEAN THE
INSIDE & OUTSIDE OF THEIR TOILETS;
GRIEVANT REQUEST THAT DISENFECT &
COMET BE PASSED OUT EVERDAY IN F-HOUSE
OR THAT PRISONERS BE GIVEN A WEEK'S
SUPPLIE WORTH ONCE A WEEK; GRIEVANT
REQUEST THAT ALL CELLS IN F-HOUSE
HAVE STOOLS INSTALLED IN THEM;
GRIEVANT REQUEST THAT ALL TOILETS
IN F-HOUSE HAVE THE 15Mt FLUSHER

REMOVED & THAT PRISONERS BE ALLOWED
TO FLUSH THE TOILET AS MANY TIMES AS
NEEDED LIKE POPULATION; GRIEVANT REQUEST
THAT THE WATER PRESSURE IN THE F-HOUSE
SHOWERS BE ADJUSTED TO IT'S PROPER
PRESSURE; GRIEVANT REQUEST THAT ALL
MEALS IN F-HOUSE BE SERVED HOT;
GRIEVANT REQUEST THAT ALL ROACHES &
MICE BE EXTERMINATED FROM F-HOUSE;
GRIEVANT REQUEST THAT HE BE ALLOWED
INTO THE LAW LIBRARY 4-TIMES A WEEK
FOR 2 HOURS EACH TIME; GRIEVANT
REQUEST THAT STATEVILLE C.C. INSTALL
HOOKS IN THE F-HOUSE SHOWERS & A
PLACE TO PLACE HIS COSMETICS WHILE
HE IS SHOWERING; GRIEVANT REQUEST
THAT HE BE PLACED IN A CELL BY HIMSELF
OR IN THE ALTERNATIVE BE GIVEN 5-MORE
HOURS OF RECREATION WHILE IN F-HOUSE;
GRIEVANT REQUEST THAT HE BE ALLOWED
TO ATTEND RELIGIOUS SERVICES IN F-HOUSE;
GRIEVANT REQUEST THAT STATEVILLE C.C.
INSTALL LADDERS TO THE BUNKS IN
F-HOUSE (ON THE BUNK BEDS);
GRIEVANT REQUEST THAT 4-HOOKS BE

RELIEF REQUESTED
My COPEY 2

INSTALLED IN EVERY CELL IN F-HOUSE SO
THAT HE CAN HANG HIS WASH CLOTH & DRY
TOWEL & HIS CELLMATE CAN DO THE SAME;
GRIEVANT REQUEST THAT HE BE PROVIDED
A RAZOR ON SUNDAYS, TUESDAYS & THURSDAYS
IN F-HOUSE SO THAT HE CAN LOOK PRESONTABLE
FOR VISITS & BE GROOMED PERIOD; GRIEVANT
REQUEST THAT HE BE ALLOWED ACCESS TO
BARBER FACILATIES ONCE A WEEK IN F-HOUSE
FOR THE SAME REASONS HE REQUEST
THE RAZORS; GRIEVANT REQUEST THAT
HE RECEIVE BREAKFAST NO EARLIER
THAN GAM IN F-HOUSE; GRIEVANT REQUEST
THAT HE BE ALLOWED TO SEE A DOCTOR AS
SOON AS A MEDICAL ISSUE ARISES
WHILE IN F-HOUSE; GRIEVANT REQUEST
THAT WHILE PRISONERS ARE IN SEG OR
NOT, IN F-HOUSE THAT THEY GET TWO MORE
REC DAYS (EACH CONSISTING OF 2½ HOURS)
DO TO THE FACT THAT THERE ARE NO
PROGRAMS FOR PEOPLE IN SEG OR ~~PRISON~~
F-HOUSE FOR THAT MATTER AT ALL &
BESIDES GOING TO VISITS & MEDICAL CALLS
THERE IS NO MOVEMENT AT ALL CAUSING
PEOPLE TO SNAP OUT & START THERE

CEllS ON FIRE OR WORSt.

DEAR: ARB                                    ApRil/22,2008
p.o. BOX 19277
SpRING FiEld, IL 62794
April 22, 2008

I JUST GOt THIS UNANSWERED GRIEVANCE
 FOR THE F-HOUSE living CONDitiONS
AND WANTED TO KNOW WHY you'S FAilED TO
 ADDRESS MY GRIEVANCE.

**RECEIVED**

APR 25 2008

OFFICE OF
INMATE ISSUES