FILED MHN
9-3-2008 LCW
SEP 0 3 2008
SEP 03 2008
MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Irineo Barbosa R45182
---
Plaintiff

v.

Terry McCann, et al.
---
Defendant(s)

**08CV5012
JUDGE PALLMEYER
MAG.JUDGE KEYS**

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Irineo Barbosa_____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # __R45182__   Name of prison or jail: __Stateville C.C.__
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: __$10__

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: __N/A__
   Name and address of employer: __N/A__

   a. If the answer is "No":
      Date of last employment: __N/A__
      Monthly salary or wages: __N/A__
      Name and address of last employer: __N/A__

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: __N/A__
      Name and address of employer: __N/A__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                                    ☐Yes   ☒No
      Amount __N/A__   Received by __N/A__

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount____N/A_____Received by_____N/A_____

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount____N/A_____Received by_____N/A_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
☐Yes ☒No
Amount_____N/A_____Received by_____N/A_____

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount____N/A_____Received by_____N/A_____

f. ☐ Any other sources (state source:_____) ☐Yes ☒No
Amount____N/A_____Received by_____N/A_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☐Yes ☒No  Total amount: N/A
In whose name held: ____N/A____  Relationship to you: ____N/A____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?  ☐Yes ☒No
Property: ____N/A____  Current Value: ____N/A____
In whose name held: ____N/A____  Relationship to you: ____N/A____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes ☒No
Address of property: ____N/A____
Type of property: ____N/A____  Current value: ____N/A____
In whose name held: ____N/A____  Relationship to you: ____N/A____
Amount of monthly mortgage or loan payments: ____N/A____
Name of person making payments: ____N/A____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☐Yes ☒No
Property: ____N/A____
Current value: ____N/A____
In whose name held: ____N/A____  Relationship to you: ____N/A____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
N/A

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8.22.08

_Irineo Barbosa_
Signature of Applicant

Irineo Barbosa
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, IRINEO BARBOSA, I.D.# R45182, has the sum of $ 22.56 on account to his/her credit at (name of institution) Stateville CC.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ 73.99.
(Add all deposits from all sources and then divide by number of months).

8-29-08
DATE

_T._
SIGNATURE OF AUTHORIZED OFFICER

T. Cirricione
(Print name)

rev. 7/18/02

# Stateville Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 03/01/2008 thru End;  Inmate: R45182;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate:** R45182 Barbosa, Irineo  **Housing Unit:** STA-E -09-09

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 36.82 |
| 03/05/08 | Point of Sale | 60 Commissary | 065783 | 528000 | Commissary | -36.59 | .23 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070190 | | P/R month of 02/2008 | 9.86 | 10.09 |
| 03/12/08 | Point of Sale | 60 Commissary | 072783 | 529244 | Commissary | -.82 | 9.27 |
| 03/13/08 | Mail Room | 10 Western Union | 073200 | 2119616760 | RAMIREZ, CRISTINA | 30.00 | 39.27 |
| 03/14/08 | Disbursements | 84 Library | 074390 | Chk #139293 | j0311756, DOC: 523 Fund Librar, Inv. Date: 03/11/2008 | -9.00 | 30.27 |
| 03/14/08 | Mail Room | 01 MO/Checks (Not Held) | 074291 | 716277 | Edward R., Hamilton | 8.90 | 39.17 |
| 03/20/08 | Point of Sale | 60 Commissary | 080783 | 530429 | Commissary | -34.66 | 4.51 |
| 03/26/08 | Disbursements | 80 Postage | 086390 | Chk #139547 | g0326137, DOC: 523 Fund Inmate, Inv. Date: 03/26/2008 | -.41 | 4.10 |
| 03/26/08 | Disbursements | 80 Postage | 086390 | Chk #139547 | g0326125, DOC: 523 Fund Inmate, Inv. Date: 03/26/2008 | -.41 | 3.69 |
| 04/03/08 | Point of Sale | 60 Commissary | 0947137 | 531399 | Commissary | -3.69 | .00 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 8.16 | 8.16 |
| 04/15/08 | Point of Sale | 60 Commissary | 1067137 | 532401 | Commissary | -7.96 | .20 |
| 04/16/08 | Mail Room | 01 MO/Checks (Not Held) | 1072175 | 710510 | Villagomez, Consuelo | 50.00 | 50.20 |
| 04/22/08 | Point of Sale | 60 Commissary | 1137142 | 533985 | Commissary | -41.75 | 8.45 |
| 05/06/08 | Point of Sale | 60 Commissary | 1277137 | 535411 | Commissary | -6.98 | 1.47 |
| 05/12/08 | Mail Room | 10 Western Union | 133200 | 8324572884 | BARBOSA, CRISTINA SUSAN | 44.00 | 45.47 |
| 05/13/08 | Payroll | 20 Payroll Adjustment | 1341148 | | P/R month of 04/2008 | 4.08 | 49.55 |
| 05/13/08 | Point of Sale | 60 Commissary | 1347137 | 536974 | Commissary | -39.14 | 10.41 |
| 05/20/08 | Point of Sale | 60 Commissary | 141783 | 538384 | Commissary | -5.52 | 4.89 |
| 05/30/08 | Disbursements | 80 Postage | 151337 | Chk #140699 | g0528053, DOC: 523 Fund Reimbu, Inv. Date: 05/28/2008 | -.42 | 4.47 |
| 05/30/08 | Disbursements | 80 Postage | 151337 | Chk #140699 | g0514127, DOC: 523 Fund Reimbu, Inv. Date: 05/14/2008 | -.84 | 3.63 |
| 05/30/08 | Disbursements | 80 Postage | 151337 | Chk #140699 | g0528054, DOC: 523 Fund Reimbu, Inv. Date: 05/28/2008 | -.42 | 3.21 |
| 05/30/08 | Disbursements | 80 Postage | 151337 | Chk #140699 | g0514152, DOC: 523 Fund Reimbu, Inv. Date: 05/14/2008 | -.42 | 2.79 |
| 05/30/08 | Disbursements | 80 Postage | 151337 | Chk #140699 | g0528045, DOC: 523 Fund Reimbu, Inv. Date: 05/28/2008 | -.59 | 2.20 |
| 06/02/08 | Mail Room | 10 Western Union | 154200 | 4992250638 | BARBOSA, CRISTINA SUSAN | 100.00 | 102.20 |
| 06/03/08 | Point of Sale | 60 Commissary | 1557137 | 539863 | Commissary | -62.74 | 39.46 |
| 06/10/08 | Point of Sale | 60 Commissary | 1627137 | 540903 | Commissary | -38.96 | .50 |
| 06/10/08 | Payroll | 20 Payroll Adjustment | 1621148 | | P/R month of 05/2008 | 10.00 | 10.50 |
| 06/19/08 | Point of Sale | 60 Commissary | 1717137 | 542209 | Commissary | -6.23 | 4.27 |
| 07/02/08 | Mail Room | 01 MO/Checks (Not Held) | 1842175 | 723847 | Villagomez, Consuelo | 50.00 | 54.27 |
| 07/03/08 | Mail Room | 10 Western Union | 185200 | 3239915080 | BARBOSA, SUSANA | 50.00 | 104.27 |
| 07/07/08 | Point of Sale | 60 Commissary | 1897135 | 543361 | Commissary | -1.76 | 102.51 |
| 07/10/08 | Payroll | 20 Payroll Adjustment | 1921148 | | P/R month of 06/2008 | 8.64 | 111.15 |
| 07/14/08 | Point of Sale | 60 Commissary | 1967135 | 544355 | Commissary | -66.40 | 44.75 |
| 08/05/08 | Point of Sale | 60 Commissary | 2187150 | 546717 | Commissary | -41.82 | 2.93 |
| 08/10/08 | Mail Room | 10 Western Union | 223200 | 1395403540 | NUNEZ, PEDRO | 70.00 | 72.93 |
| 08/12/08 | Payroll | 20 Payroll Adjustment | 2251154 | | P/R month of 07/2008 | .34 | 73.27 |
| 08/15/08 | Point of Sale | 60 Commissary | 2287142 | 547945 | Commissary | -49.71 | 23.56 |
| 08/29/08 | Disbursements | 84 Library | 242337 | Chk #142081 | w 820 072, DOC: 523 Fund Libra, Inv. Date: 08/20/2008 | -1.00 | 22.56 |

Date: 8/29/2008
Time: 10:17am
d_list_inmate_trans_statement_composite

Case 1:08-cv-05012   Document 3   Filed 09/03/2008   Page 5 of 5

Stateville Correctional Center
**Trust Fund**
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 03/01/2008 thru End;   Inmate: R45182;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R45182 Barbosa, Irineo**

**Housing Unit: STA-E -09-09**

| | |
|---|---:|
| Total Inmate Funds: | 22.56 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 22.56 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |